# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDA PRIETO,<br><br>        Plaintiff,<br><br>   v.<br><br>AETNA LIFE INSURANCE COMPANY, and ARMY AND AIR FORCE EXCHANGE SERVICE EMPLOYEE BENEFIT PLAN,<br><br>        Defendants. | Case No. 2:18-cv-02296-KJM-CKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to the parties' joint stipulation, IT IS HEREBY ORDERED that Aetna Life Insurance Company shall have an extension of time within to file a responsive pleading to and including November 26, 2018.

DATED: October 24, 2018.

_____
UNITED STATES DISTRICT JUDGE

- 1 -
**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**