KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDA PRIETO,<br><br>             Plaintiff,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY, and ARMY AND AIR FORCE EXCHANGE SERVICE EMPLOYEE BENEFIT PLAN,<br><br>             Defendants. | **Case No. 2:18-cv-02296-KJM-CKD**<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to the parties' joint stipulation, IT IS HEREBY ORDERED that Aetna Life Insurance Company shall have an extension of time within to file a responsive pleading to and including February 5, 2019. The initial scheduling conference set for January 17, 2019 is VACATED and RESET for February 14, 2019 at 2:30 p.m. in Courtroom 3.

DATED: January 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

1
**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**