UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDA PRIETO,<br><br>    Plaintiff,<br><br>  v.<br><br>AETNA LIFE INSURANCE COMPANY, and ARMY AND AIR FORCE EXCHANGE SERVICE EMPLOYEE BENEFIT PLAN,<br><br>    Defendants. | No. 2:18-cv-02296-KJM-CKD<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

Pursuant to the parties' joint stipulation, without relying on the recent government shutdown, IT IS HEREBY ORDERED that Aetna Life Insurance Company shall have an extension of time within to file a responsive pleading to and including March 19, 2019. This new date is now firm unless extraordinary circumstances arise. The Initial Scheduling Conference set for February 14, 2019 is VACATED and RESET for April 11, 2019 at 2:30 p.m., with the parties' joint status report due at least seven (7) days prior.

DATED: February 8, 2019.

                                _____
                                UNITED STATES DISTRICT JUDGE

1